IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECLIPSE IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-1369-SLR |
| v. | ) |
| | ) |
| L. L. BEAN, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Eclipse IP LLC, and Defendant, L.L. Bean, Inc., by and through their attorneys, jointly stipulate as follows:

1. All claims in this action are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the submission of this Joint Stipulation of Dismissal with Prejudice.

Dated: April 8, 2014

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Andrew C. Mayo* |
| Stamatios Stamoulis (#4606) | Steven J. Balick (#2114) |
| Richard C. Weinblatt (#5080) | Lauren E. Maguire (#4261) |
| Two Fox Point Centre | Andrew C. Mayo (#5207) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | sbalick@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| *Attorneys for Eclipse IP LLC* | *Attorneys for L.L. Bean, Inc.* |

*Of Counsel:*

Eric. S. Fredrickson
HARMAN LAW LLC
3414 Peachtree Rd. NE
Suite 1250
Atlanta, Georgia 30326
(404) 554-0777

*Of Counsel:*

Peter J. Brann
David Swetnam–Burland
Stacy O. Stitham
BRANN & ISAACSON
184 Main Street, 4th Floor
Lewiston, ME 04243−3070
(207) 786−3566

IT IS SO ORDERED this _____ day of April, 2014.

_____
United States District Judge